

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC,**
Appellant

v.

**MWJI, LLC,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Agreed Motion for Extension of Time to file brief is hereby GRANTED. Time is extended to June 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court